JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SEAN S. BENNETT,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No.: CV 16-4439-DMG (JEMx)<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE [56]** |

Having reviewed the Stipulation for Dismissal with Prejudice and good cause appearing therefor:

IT IS HEREBY ORDERED THAT the above-captioned action is dismissed in its entirety with prejudice.

IT IS FURTHER ORDERED THAT the parties shall bear their own respective attorney's fees, costs and expenses. All scheduled dates and deadline are VACATED.

DATED: March 27, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE